IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION, TOLEDO

| | | |
|---|---|---|
| BRENT HITZEMAN, ET AL., | ) | CASE NO. |
| | ) | |
| Plaintiffs, | ) | JUDGE |
| | ) | |
| v. | ) | **NOTICE OF REMOVAL OF CIVIL** |
| | ) | **ACTION FOR DEFIANCE COUNTY** |
| FWT, LLC ET. AL., | ) | **COMMON PLEAS COURT** |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants FWT, LLC and Satori Capital, LLC, ("Defendants"), hereby file this notice of removal of an action pending in the Court of Common Pleas, Defiance County, Ohio. The grounds for removal are as follows:

1. Plaintiffs filed this action in the Court of Common Pleas for Defiance County, Ohio, Case No. 16 CV 43519, on February 23, 2016. A copy of the Complaint and a summons were served on Defendants on February 26, 2016.

2. Defendant FWT, LLC is a corporation and citizen with its principal place of business and executive offices in Fort Worth, Texas.

3. Defendant Satori Capital, LLC is corporation and citizen with its principal place of business and executive offices in Dallas, Texas.

4. Upon information and belief, Plaintiffs are residents and citizens of the State of Ohio.

5. This Court would have had original jurisdiction of the state court action pursuant to 28 U.S.C. § 1332(a)(1) had that action been filed in this Court initially.

6. There exists complete diversity of citizenship between the Plaintiffs and the Defendants, and without intending to concede or admit that there is any liability or responsibility of the Defendants, which Defendants specifically deny, the amount in controversy exceeds $75,000. Accordingly, Defendants are entitled to remove this action under 28 U.S.C. §1441.

7. Defendants desire to remove the state court action to this Court and submit this notice of removal, along with attached exhibits, in accordance with 28 U.S.C. §1446.

8. This notice of removal is being filed within thirty days after service upon Defendant of a copy of the initial pleading setting forth the claims for relief in the state court action and is, therefore, timely filed pursuant to 28 U.S.C. §1446(b).

9. As required by 28 U.S.C. §1446(a), attached as Exhibit A and Exhibit B are copies of the Complaint and Summons served upon the Defendants. No other process, pleading or other orders have been served on Defendants in this case.

10. Written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be promptly given to Plaintiffs and filed with the Clerk of the Court of Common Pleas of Defiance County, Ohio, as required by 28 U.S.C. §1446(d).

WHEREFORE, Defendants hereby remove the state court action from Court of Common Pleas, Defiance County, Ohio, to this Court.

Respectfully submitted,

**WESTON HURD LLP**

Steven G. Carlino, Esquire        (0073734)
10 West Broad Street, Suite 2400

2

Columbus, Ohio 43215
(614) 280-0200
(614) 280-0204 (Fax)
scarlino@westonhurd.com
*Attorney for Defendants FWT, LLC and Satori Capital, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served by ordinary U.S. Mail, postage-prepaid, this 23rd day of March, 2016 to the following counsel of record herein:

Kevin J. Boissoneault, Esquire
Jonathan M. Ashton, Esquire
GALLON, TAKACS, BOISSONEAULT
    & SCHAFFER CO., LPA
The Jack Gallon Building
3516 Granite Circle
Toledo, Ohio 43817-1172
*Attorneys for Plaintiff Brent Hitzeman*

Sabre Industries, Inc.
8653 East Highway 67
Alvarado, Texas  76009
*Co-Defendant*

Kohlberg & Co., LLC
111 Radio Circle
Mt. Kisco, New York  10549
*Co-Defendant*

Steven G. Carlino

3