Granted.

*s/ Jack Zouhary*
U.S. DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **BRENT HITZEMAN** | * | Case No. 3:16 CV 736 |
| Plaintiff, | * | Judge Zouhary |
| -vs- | * | **STIPULATION TO DISMISS DEFENDANT KOHLBERG & CO., L.L.C.** |
| **FWT, L.L.C., et al.,** | * | |
| Defendants. | * | |

Now comes Plaintiff and Defendant Kohlberg & Co., L.L.C., by and through their respective counsel, and hereby stipulate to the dismissal of Defendant Kohlberg & Co., L.L.C. without prejudice. Plaintiff reserves the right to re-file this action against Defendant Kohlberg & Co., L.L.C. within one (1) year of the date of dismissal. Defendant Kohlberg & Co., L.L.C. agrees to these terms and waives the defense of statute of limitations in connection with the re-filing only.

Respectfully submitted,

/s/ Kevin J. Boissoneault
Kevin J. Boissoneault, Esq.
Attorneys for Plaintiff

/s/ Patrick O. Peters,
Patrick O. Peters, Esq.
Attorney for Defendant Kohlberg & Co.