IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brent Hitzeman, et al., | Case No. 3:16 CV 736 |
| Plaintiffs, | <u>DISMISSAL ORDER</u> |
| -vs- | JUDGE JACK ZOUHARY |
| FWT, LLC, et al., | |
| Defendants. | |

A Mediation held September 7, 2017 resulted in a settlement. Therefore, the docket is marked: "Settled and dismissed without prejudice. Each party is to bear its own costs."

Any subsequent Dismissal with prejudice, or setting forth specific settlement terms and conditions, filed within thirty (30) days shall supersede this Order. This Court retains jurisdiction to enforce the terms of the settlement.

Consistent with prior orders of this Court, the parties shall also reimburse $2,500.00 in court costs payable to the Clerk of Courts.

IT IS SO ORDERED.

s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

September 8, 2017